on said demurrer, with leave to plaintiff to withdraw the demurrer on payment of said costs, within twenty days.

---

JOHN COYNE, ASSIGNEE, RESPONDENT, *v.* FREDERICK G. WEAVER, LATE SHERIFF, ETC., APPELLANT.

Judgment and order affirmed.

---

LAUREN C. WOODRUFF, RESPONDENT, *v.* THE ERIE RAILWAY COMPANY AND OTHERS, APPELLANTS.

Motion to give cause a preference denied, without costs.

---

DENNIS McCARTHY *v.* HENRY WHALEN.

Motion for leave to go to the Court of Appeals denied.

---

JOHN F. HOLMES AND OTHERS, SURVIVORS, ETC., APPELLANTS, *v.* HENRY E. RICHMOND, SHERIFF, ETC.

Motion for re-argument denied, with ten dollars costs.

---

WILLIAM R. SEWARD AND OTHERS, RESPONDENTS, *v.* BURRALL SPENCER AND OTHERS, IMPLEADED, ETC., APPELLANTS.

Motion denied, without costs.

---

THE SAME, PLAINTIFFS, RESPONDENTS, *v.* THE BANK OF ATTICA, IMPLEADED, ETC., APPELLANTS.

Motion denied, without costs.

---

SAMUEL G. BEACH, RESPONDENT, *v.* JACOB SKILLMAN, APPELLANT.

Motion for leave to go to the Court of Appeals and for re-argument denied.

---

DANIEL FITZGERALD, RESPONDENT, *v.* ANSON LAMBERSON, AND OTHERS, APPELLANTS.

Order affirmed, with ten dollars costs and disbursements, to be paid by the appellants.